# Court of Appeals
# of the State of Georgia

ATLANTA, __January 30, 2018__

*The Court of Appeals hereby passes the following order:*

**A18D0277.  DELORIS CHURCHILL v. KULUNTAWERK T. ARAYA.**

Following a defense verdict in this personal injury case, plaintiff Deloris Churchill filed a motion to set aside the judgment and for new trial.  The trial court denied the motion, and Churchill now seeks discretionary review in this Court.

An order that simultaneously denies both a motion for new trial and a motion to set aside a judgment under OCGA § 9-11-60 (d) is directly appealable.  *Martin v. Williams*, 263 Ga. 707, 709-710 (3) (438 SE2d 353) (1994); *Smith v. Dept. of Human Resources*, 214 Ga. App. 508, 509 (448 SE2d 372) (1994).  We will grant a timely discretionary application pursuant to OCGA § 5-6-35 (j) if the order is subject to direct appeal.  This application is accordingly GRANTED.  Churchill shall have ten days from the date of this order to file a notice of appeal with the trial court, if she has not already done so.  The clerk of the trial court is instructed to include a copy of this order in the record transmitted to this Court.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __01/30/2018__
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*